**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ambience Community Services, LLC** |
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  7 – 2  3  7  0  3  5  9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **220 S Elm St** | **1417 Ash Street** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Sherman**         **TX**   **75090** | **Anna**         **TX**   **75409** |
| City                State   ZIP Code | City                State   ZIP Code |
| **Grayson** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City                State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Ambience Community Services, LLC**                              Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | *A.  Check one:* |

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__6__  __2__  __3__  __2__

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Ambience Community Services, LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

| | | |
|---|---|---|
| 11. | **Why is the case filed in _this district?_** | Check all that apply: |
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **Ambience Community Services, LLC**_____    Case number (if known) _____

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Ambience Community Services, LLC** _____  Case number (if known) _____

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/14/2023**
MM / DD / YYYY

X **/s/ Monica Brown** _____
Signature of authorized representative of debtor

**Monica Brown** _____
Printed name

**Director** _____
Title

18. **Signature of attorney**

X **/s/ Joyce W. Lindauer** _____  Date **09/14/2023** _____
Signature of attorney for debtor                MM / DD / YYYY

**Joyce W. Lindauer** _____
Printed name

**Joyce Lindauer** _____
Firm name

**Joyce W. Lindauer Attorney, PLLC** _____
Number      Street

**1412 Main Street, Suite 500** _____

**Dallas** _____   **TX** _____   **75202** _____
City                                   State        ZIP Code

**(972) 503-4033** _____   **joyce@joycelindauer.com** _____
Contact phone                                 Email address

**21555700** _____   **TX** _____
Bar number                               State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Ambience Community Services, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

---

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

2.  **Cash on hand**                                                                            _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.  **Other cash equivalents**     *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          | **$0.00** |

---

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Debtor   **Ambience Community Services, LLC**                          Case number (if known) _____
_____
Name

| | | Current value of debtor's interest |
|---|---|---|

**7.**   **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.   **Deposit with AE Melissa, LLC** _____   $5,536.00

7.2.   **Deposit with On the Mark Holdings, LLC** _____   $1,700.00

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**   **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                          $7,236.00

## Part 3:  Accounts receivable

**10.**   **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.**   **Accounts receivable**

11a.   90 days old or less:   _____   –   _____   = ............ ➔   _____
face amount        doubtful or uncollectible accounts

11b.   Over 90 days old:   _____   –   _____   = ............ ➔   _____
face amount        doubtful or uncollectible accounts

**12.**   **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                          $0.00

## Part 4:  Investments

**13.**   **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.**   **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                          $0.00

## Part 5:  Inventory, excluding agriculture assets

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor   **Ambience Community Services, LLC**         Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method_____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Ambience Community Services, LLC**                    Case number (if known) _____
Name

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Desks, chairs, etc.** **These items were left at lease when business ceased.  Debtor believes landlord has disposed of these items.** | **$0.00** | | **$0.00** |
| 40. **Office fixtures** | | | |
| **Refrigerator, Washer and dryer sets, etc.** **These items were left at lease when business ceased.  Debtor believes landlord has disposed of these items.** | **$0.00** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.                    **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Toyota Sienna** **VIN ending in 2418** | **$6,000.00** | | **$6,000.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

---

Debtor    **Ambience Community Services, LLC**    Case number (if known) _____
_____
Name

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. | **$6,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88. | **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:    Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

Debtor    **Ambience Community Services, LLC**_____    Case number (if known) _____
        Name

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | |
|---|---|
| | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
  ☐ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ☐ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No.  Go to Part 12.
  ☐ Yes.  Fill in the information below.

                                                           **Current value of
debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

| | |
|---|---|
| | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

Debtor  **Ambience Community Services, LLC**
Name

Case number (if known) _____

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,236.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $13,236.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ........................................................................... $13,236.00

**Fill in this information to identify the case:**

Debtor name __**Ambience Community Services, LLC**__

United States Bankruptcy Court for the: __**EASTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Creditor's name<br>**Blue Bridge Capital, LLC** | **Describe debtor's property that is subject to a lien**<br>**UCC Lien** |
| Creditor's mailing address<br>**570 EASTERN PARKWAY** | **Describe the lien**<br>**Business Debt** |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| **BROOKLYN        NY    11225** | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Date debt was incurred   **11/04/2022** | |
| Last 4 digits of account number   ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply. |
| Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Amount of claim: **$95,118.42**     Value of collateral: **$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$677,250.42**

Debtor   **Ambience Community Services, LLC** _____   Case number (if known) _____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.2**

| | |
|---|---|
| Creditor's name<br>**Park Ave Funding, LLC** | Describe debtor's property that is<br>subject to a lien<br>**UCC Lien** |

Creditor's mailing address
**1950 RUTGERS UNIVERSITY BLVD**

**SUITE 202**

_____

**LAKEWOOD         NJ    08701**

Creditor's email address, if known

_____

Date debt was incurred   **12/21/2022**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☒ No
☐ Yes.  Have you already specified the
           relative priority?

   ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
             specified on lines _____

**Column A:** $7,000.00    **Column B:** $0.00

Describe the lien

**Business Debt**

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**

| | |
|---|---|
| Creditor's name<br>**Seamless Capital Group, LLC** | Describe debtor's property that is<br>subject to a lien<br>**UCC Lien** |

Creditor's mailing address
**2329 NOSTRAND AVENUE**

_____

**BROOKLYN         NY    11210**

Creditor's email address, if known

_____

Date debt was incurred   **07/19/2022**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☒ No
☐ Yes.  Have you already specified the
           relative priority?

   ☐ No.  Specify each creditor, including this
             creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
             specified on lines _____

**Column A:** $55,132.00    **Column B:** $0.00

Describe the lien

**Business Debt**

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **Ambience Community Services, LLC** _____   Case number (if known) _____

| Part 1: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.4** **Creditor's name**
**U.S. Small Business Administration**

**Creditor's mailing address**
**10737 Gateway West #300**

_____

**El Paso          TX    79935**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **07/08/2020**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**UCC Lien**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$520,000.00     |     $0.00

**Fill in this information to identify the case:**

Debtor **Ambience Community Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

 ☑ No.  Go to Part 2.
 ☐ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
 If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( _____ )

Debtor    **Ambience Community Services, LLC**                    Case number (if known) _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

**AE Melissa LLC**

**5810 Commercial Blvd Flr 2**

_____

**Rohnert Park**          **CA**      **94928**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Lease Obligation**

Is the claim subject to offset?
☑ No
☐ Yes

**$61,326.10**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**Atmos Energy**

**Attn: Bankruptcy Dept.**

**PO Box 650205**

**Dallas**          **TX**      **75265-0654**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

**$500.00**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**Champion Rehabilitation and Support Serv**

**2150 W Northwest Highway, Ste 114**

_____

**Grapevine**          **TX**      **76051**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,393.90**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**Chase**

**P.O. Box 78036**

_____

**Phoenix**          **AZ**      **85062-8036**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

Debtor   **Ambience Community Services, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$161,362.00** |
|---|---|---|---|

*Check all that apply.*

**Cloudfund**

**400 Rella Blvd**         ☐ Contingent
                          ☐ Unliquidated
**Suite 165-101**          ☐ Disputed

                          **Basis for the claim:**
**Suffern**          **NY**   **10901**   **Business Debt**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                              ☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,661.00** |
|---|---|---|---|

*Check all that apply.*

**Collaborative Behavioral Services, LLC**

**2150 W Northwest Highway, Ste 114**   ☐ Contingent
                          ☐ Unliquidated
                          ☐ Disputed

                          **Basis for the claim:**
**Grapevine**          **TX**   **76051**   **Business Debt**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                              ☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

*Check all that apply.*

**DISH**

**9601 S. Meridian Blvd.**         ☐ Contingent
                          ☐ Unliquidated
                          ☐ Disputed

                          **Basis for the claim:**
**Englewood**          **CO**   **80112**   **Telecommunications**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                              ☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$46,991.88** |
|---|---|---|---|

*Check all that apply.*

**EBF Holdings, LLC**

**5 W 37th St, 2nd Floor**         ☐ Contingent
                          ☐ Unliquidated
                          ☐ Disputed

                          **Basis for the claim:**
**New York**          **NY**   **10018**   **Business Debt**

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                              ☑ No
Last 4 digits of account number   __ __ __ __   ☐ Yes

| Debtor | Ambience Community Services, LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

Gusto Payroll

525 20th St

San Francisco          CA    94107

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.10**   Nonpriority creditor's name and mailing address

Lori Beshears

c/o Jeff Burley, Esq.

5005 LBJ Freeway Suite 2200

Dallas          TX    75244

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,500.00

---

**3.11**   Nonpriority creditor's name and mailing address

On the Mark Holdings

3217 Teakwood Lane

Plano          TX    75075

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Lease Obligation

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,000.00

---

**3.12**   Nonpriority creditor's name and mailing address

P&J Healthcare Staffing, LLC

3203 Gerry Dr

Melissa          TX    75454

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,090.60

---

Debtor   **Ambience Community Services, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Reliant Energy**

**P.O. Box 3765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**     **77253**

Basis for the claim:
**Utilities**

Date or dates debt was incurred         _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Unknown**

---

**3.14** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Revolution ABA**

**420 Pollyann Trl**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Haslet**          **TX**     **76052**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred         _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**$2,325.00**

---

**3.15** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Sana Benefits Inc**

**PO BOX 660675 #35777**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**     **75266**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred         _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**$1,000.00**

---

**3.16** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

**Sherman Water Utilities**

**405 N Rusk Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sherman**          **TX**     **75090**

Basis for the claim:
**Utilities**

Date or dates debt was incurred         _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**$300.00**

---

Debtor    **Ambience Community Services, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.17** | Nonpriority creditor's name and mailing address |
|---|---|

**Smith & Associates**

**2114 Lakeway Blvd #203**

_____

**Austin**                    **TX**    **78734**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$5,782.00

| **3.18** | Nonpriority creditor's name and mailing address |
|---|---|

**Sparklight**

**210 E. Earll Dr.**

_____

**Phoenix**                    **AZ**    **85012**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

| **3.19** | Nonpriority creditor's name and mailing address |
|---|---|

**Spectrum**

**PO Box 60074**

_____

**The City of Industry**    **CA**    **91716**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Telecommunications**

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

| **3.20** | Nonpriority creditor's name and mailing address |
|---|---|

**Suddenlink**

**1 Court Square West**

_____

**Long Island City**        **NY**    **11101**

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Telecommunications**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

Debtor   **Ambience Community Services, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                    Amount of claim

| **3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$981.20** |

*Check all that apply.*

**TwoGether Consulting**

**P.O. Box 90426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

**Austin**                    **TX**    **78709**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

| **3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.00** |

*Check all that apply.*

**Wynne & Smith**

**Attn.: Michael Wynne, Esq.**

**707 W. Washington Street**

**P.O. Box 2228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Attorney Fees**

**Sherman**                    **TX**    **75091**

**Date or dates debt was incurred**   _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

Debtor   **Ambience Community Services, LLC**                          Case number (if known) _____

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1  AE Kristy LLC**<br>**5810 Commercial Blvd Flr 2**<br><br>**Rohnert Park        CA     94928** | Line  **3.1**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2  AE McDonald LLC**<br>**5810 Commercial Blvd Flr 2**<br><br>**Rohnert Park        CA     94928** | Line  **3.1**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3  Berkovitch & Bouskila PLLC**<br>**1545 US-202**<br><br>**Pomona             NY     10970** | Line  **3.8**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.4  Jeff Burley, Esq**<br>**2601 Network Blvd, Suite 500**<br><br>**Frisco              TX     75034** | Line  **3.10**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5  Law Offices of Stacy D. Henderson**<br>**1400 Preston Road**<br>**Suite 400**<br><br>**Plano              TX     75093** | Line  **3.3**<br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.6  Wright Commercial Litigation**<br>**Attn.: Jason E. Wright, Esq.**<br>**8751 Collin McKinney Pkwy**<br>**Suite 1102 #1088**<br>**McKinney            TX     75070** | Line  **3.6**<br>☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Ambience Community Services, LLC**                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $379,213.68 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $379,213.68 |

**Fill in this information to identify the case:**

Debtor name **Ambience Community Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)                                          Chapter    **7**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease** **Contract to be REJECTED** | **AE Melissa LLC** |
| | | | **5810 Commerce Blvd** |
| | | | **Fr 2** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rohnert Park          CA      94928** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Lease** **Contract to be REJECTED** | **On the Mark Holdings** |
| | | | **3217 Teakwood Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Plano              TX      75075** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **Ambience Community Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | Check all schedules that apply: |
| **2.1  Monica Brown** <br> 1417 Ash St <br> Number    Street <br><br> Anna          TX   75409 <br> City          State  ZIP Code | | **Park Ave Funding, LLC** | ☒ D <br> ☐ E/F <br> ☐ G |
| **2.2  Monica Brown** <br> 1417 Ash St <br> Number    Street <br><br> Anna          TX   75409 <br> City          State  ZIP Code | | **EBF Holdings, LLC** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.3  Monica Brown** <br> 1417 Ash St <br> Number    Street <br><br> Anna          TX   75409 <br> City          State  ZIP Code | | **Cloudfund** | ☐ D <br> ☒ E/F <br> ☐ G |
| **2.4  Monica Brown** <br> 1417 Ash St <br> Number    Street <br><br> Anna          TX   75409 <br> City          State  ZIP Code | | **Blue Bridge Capital, LLC** | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor    **Ambience Community Services, LLC**                              Case number (if known) _____

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |

| | **Name** / **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|
| **2.5** | **Monica Brown**<br>**1417 Ash St**<br>Number     Street<br><br>**Anna**     **TX**   **75409**<br>City          State   ZIP Code | **Champion Rehabilitation and Support Serv** | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** | **Monica Brown**<br>**1417 Ash St**<br>Number     Street<br><br>**Anna**     **TX**   **75409**<br>City          State   ZIP Code | **Collaborative Behavioral Services, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.7** | **Monica Brown**<br>**1417 Ash St**<br>Number     Street<br><br>**Anna**     **TX**   **75409**<br>City          State   ZIP Code | **Seamless Capital Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Ambience Community Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................. | **$13,236.00** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................... | **$13,236.00** |

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$677,250.42** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+  $379,213.68** |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................... | **$1,056,464.10** |

**Fill in this information to identify the case and this filing:**

Debtor Name     **Ambience Community Services, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/14/2023**          X **/s/ Monica Brown**
           MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                              **Monica Brown**
                              Printed name
                              **Director**
                              Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Ambience Community Services, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| For prior year: | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,000,000.00** (estimated) |
| For the year before that: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$996,000.00** (estimated) |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

---

Debtor   __Ambience Community Services, LLC_____   Case number (if known) _____
           Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEAMLESS CAPITAL GROUP LLC v. AMBIENCE COMMUNITY SERVICES LLC et al | Debt Collection | Kings County Supreme Court <br> Name <br><br> 360 Adams St #4 <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> 0536480/2022 | | Brooklyn    NY  11201 <br> City      State  ZIP Code | |
| 7.2. | BLUE BRIDGE CAPITAL LLC v. AMBIENCE COMMUNITY SERVICES, LLC et al | Debt Collection | Kings County Supreme Court <br> Name <br><br> 360 Adams St #4 <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> 0537483/2022 | | Brooklyn    NY  11201 <br> City      State  ZIP Code | |

Debtor   **Ambience Community Services, LLC**                         Case number (if known) _____
Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **EBF HOLDINGS, LLC v. AMBIENCE COMMUNITY SERVICES, LLC et al** | **Debt Collection** | **Monroe County Clerk** <br> Name <br> **39 W Main St Room 101** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **E2023001708** | | **Rochester         NY   14614** <br> City            State   ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **P&J Healthcare Staffing, LLC vs. Ambience Community Services, LLC** | **Debt Collection** | **Collin County Court at Law 7** <br> Name <br> **2100 Bloomdale Road** <br> Street <br> **Suite 30372** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **007-02668-2022** | | **McKinney         TX   75071** <br> City            State   ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Collaborative Behavioral Services, LLC vs. Monica Brown, Ambience Community Services, LLC** | **Debt Collection** | **Collin County JP 1** <br> Name <br> **2300 Bloomdale Rd., Suite 1164** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **01-SC-23-00130** | | **McKinney         TX   75071** <br> City            State   ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Champion Rehabilitation Services and Support Services, PLLC vs. Ambience Community Services, LLC, and Monica L. Brown** | **Debt Collection** | **471st District Court, Collin County, TX** <br> Name <br> **2100 Bloomdale Rd.** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **471-03535-2023** | | **McKinney         TX   75071** <br> City            State   ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **CLOUDFUND LLC v. AMBIENCE COMMUNITY SERVICES LLC et al** | **Debt Collection** | **Nassau County Supreme Court** <br> Name <br> **100 Supreme Ct Dr** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **616775/2022** | | **Mineola         NY   11501** <br> City            State   ZIP Code | |

Debtor  __Ambience Community Services, LLC_____    Case number (if known) _____
      Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | __Joyce W. Lindauer Attorney, PLLC__ | **$3,838 - included filing fee** | **3/2023 - 8/2023** | __$3,838.00__ |

    **Address**

    **1412 Main Street**_____
    Street
    **Suite 500**_____

    **Dallas**_____**TX**____**75202**____
    City        State  ZIP Code

    **Email or website address**

    _____

    **Who made the payment, if not debtor?**
    **Monica Brown**_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor  **Ambience Community Services, LLC**                                    Case number (if known) _____
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained

   Does the debtor have a privacy policy about that information?
   ☑ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

Debtor    **Ambience Community Services, LLC**    Case number (if known) _____
_____
Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.   Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Chase**<br>Name<br>**P.O. Box 78036**<br>Street<br><br>**Phoenix**         **AZ**    **85062**<br>City                State    ZIP Code | **XXXX-** _9_ _0_ _1_ _6_ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **March 2023** | **$0.00** |

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.   Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor   **Ambience Community Services, LLC**_____   Case number (if known) _____
         Name

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

    | | Name and address | Dates of service |
    |---|---|---|

    26a.1.   **Pegue & Dennis CPA**_____   From ___**2016**___ To ___**2022**___
             Name
             **1320 Prudential Dr**_____
             Street

             _____

             **Dallas**          **TX**   **75235**
             City          State   ZIP Code

Debtor    **Ambience Community Services, LLC**                                    Case number (if known) _____
          Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

List the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monica Brown | 1417 Ash Street Anna, TX 75409 | Director | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **Ambience Community Services, LLC**                                    Case number (if known) _____
            Name

| Part 14: | Signature and Declaration |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/14/2023**
            MM / DD / YYYY


**X** **/s/ Monica Brown**                                    Printed name **Monica Brown**
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor **Director**


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re **Ambience Community Services, LLC**

Case No. _____

Chapter **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................... **$3,838.00**

   Prior to the filing of this statement I have received........................................................ **$3,838.00**

   Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor              ☒ Other (specify)
                                **Monica Brown, Debtor's Owner**

3. The source of compensation to be paid to me is:

   ☒ Debtor              ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **09/14/2023** | **/s/ Joyce W. Lindauer** |
| --- | --- |
| *Date* | *Joyce W. Lindauer*                     Bar No.  21555700 |
| | Joyce Lindauer |
| | Joyce W. Lindauer Attorney, PLLC |
| | 1412 Main Street, Suite 500 |
| | Dallas, TX 75202 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

</div>

**/s/ Monica Brown**

*Monica Brown*
*Director*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Ambience Community Services, LLC**                    CASE NO

                                                                 CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/14/2023                                    Signature   **/s/ Monica Brown**
_____                                      _____
                                                               ***Monica Brown***
                                                               ***Director***

Date _____            Signature   _____

AE Kristy LLC
5810 Commercial Blvd Flr 2
Rohnert Park, CA 94928


AE McDonald LLC
5810 Commercial Blvd Flr 2
Rohnert Park, CA 94928


AE Melissa LLC
5810 Commercial Blvd Flr 2
Rohnert Park, CA 94928


AE Melissa LLC
5810 Commerce Blvd
Fr 2
Rohnert Park, CA 94928


Atmos Energy
Attn: Bankruptcy Dept.
PO Box 650205
Dallas, TX 75265-0654


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Berkovitch & Bouskila PLLC
1545 US-202
Pomona, NY 10970


Blue Bridge Capital, LLC
570 EASTERN PARKWAY
BROOKLYN, NY 11225


Champion Rehabilitation and Support Serv
2150 W Northwest Highway, Ste 114
Grapevine, TX 76051

Chase
P.O. Box 78036
Phoenix, AZ 85062-8036


Cloudfund
400 Rella Blvd
Suite 165-101
Suffern, NY 10901


Collaborative Behavioral Services, LLC
2150 W Northwest Highway, Ste 114
Grapevine, TX 76051


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


DISH
9601 S. Meridian Blvd.
Englewood, CO 80112


EBF Holdings, LLC
5 W 37th St, 2nd Floor
New York, NY 10018


Gusto Payroll
525 20th St
San Francisco, CA 94107


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

Jeff Burley, Esq
2601 Network Blvd, Suite 500
Frisco, TX 75034


Law Offices of Stacy D. Henderson
1400 Preston Road
Suite 400
Plano, TX 75093


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Lori Beshears
c/o Jeff Burley, Esq.
5005 LBJ Freeway Suite 2200
Dallas, TX 75244


Monica Brown
1417 Ash St
Anna, TX 75409


On the Mark Holdings
3217 Teakwood Lane
Plano, TX 75075


P&J Healthcare Staffing, LLC
3203 Gerry Dr
Melissa, TX 75454


Park Ave Funding, LLC
1950 RUTGERS UNIVERSITY BLVD
SUITE 202
LAKEWOOD, NJ 08701


Reliant Energy
P.O. Box 3765
Houston, Texas 77253

Revolution ABA
420 Pollyann Trl
Haslet, TX 76052


Sana Benefits Inc
PO BOX 660675 #35777
Dallas, TX 75266


Seamless Capital Group, LLC
2329 NOSTRAND AVENUE
BROOKLYN, NY 11210


Sherman Water Utilities
405 N Rusk Street
Sherman, TX 75090


Smith & Associates
2114 Lakeway Blvd #203
Austin, TX 78734


Sparklight
210 E. Earll Dr.
Phoenix, AZ 85012


Spectrum
PO Box 60074
The City of Industry, CA 91716


Suddenlink
1 Court Square West
Long Island City, NY 11101


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001

```
TwoGether Consulting
P.O. Box 90426
Austin, TX 78709




U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935




Wright Commercial Litigation
Attn.: Jason E. Wright, Esq.
8751 Collin McKinney Pkwy
Suite 1102 #1088
McKinney, TX 75070

Wynne & Smith
Attn.: Michael Wynne, Esq.
707 W. Washington Street
P.O. Box 2228
Sherman, TX 75091
```